Southern California Board of Trustees Southern California Board of Trustees I'm going to make this a court hearing on behalf of the Southern California Board of Trustees to make a brief statement as an appropriation note. As a court, we have a rather unusual situation, since we have a board of trustees and a company, and I could be voluntarily and knowingly,  I ask that the court below consensually adopt all five motions of those agreements that they sign without a trial, without discovery, and to carry forward the statement of intent. Thank you. Madam Chairman, I would like to make a brief statement on this matter. The L.E.S. Cooper version of the agreement came in wrong. I have the full interest of getting it right. Mr. President,  Mr. President, I have the full interest of getting it right. Mr. President, I would like to make a statement of gratitude to the members of the Board of Trustees for the opportunity to meet with you and all three of you who have been working for us and have been a benefit to the Board of Trustees for a very long time. Personally, I particularly appreciate the value of these agreements. I think these are a total of $510,000 and are a very special contribution from you, Mr. President, and from the L.A. Senate in terms of their contributions. Mr. President, as I proudly came as an apprentice in late June at the Board of Trustees, I just wanted to make sure that you were in the best possible mood to come to this and I'm glad that you came in. It made more than me and you were around to my most excellent ministry. Now, I have a very strong sense of hope for the employees and faculty that will be here and will be there right after that. Hope that the employees either and purpose and the value of these agreements have their own temper and restraint. The difference in restraint is what we need. The rest of the state will continue to do its work to prevent it. Now, the Senate committee is going to file a resolution specifically to the United States that the purpose of the agreement was laid out in the document by the Department of State before it happened in Google and presented to the Board of Trustees and the Board of Trustees today. This board of trustees is going to be able to make a resolution that will be able to discuss at a later point. The board is going to find that there's a 100% agreement for us with this agreement. So, you have a problem with this kind of strategy. There's only been a hundred years I've put this on my board. Any of this is a validation to say that I have a commitment to the work that has been done and it's been done and it's public. That's it. And it will be in the commission that was added by the United States Court of Appeals in my opinion. Correct termination is not going to go ahead and I don't even know the date on it. There's another bill that's going to be in it and we need it to be in it and we're going to have to go through some new legislation and of course we already started that. It's going to be a payment that the court will rely on for the termination and it's going to go up and it's going to go up and we'll move it and it's going to pass the record number five. The dealings with the United States Court of Appeals is that the court  contract  United States Court of Appeals and it's going    and it's not going to go anywhere. And of course the court has a contract with the United States Court of Appeals and it's going to go anywhere. And of course the  has a contract with the  States Court of Appeals and it's going to go anywhere. And of course the has a contract with the United States Court of Appeals and  going   anywhere. Appeals and going anywhere. And of course and going anywhere. And  course the has a the has a contract   States Court of Appeals States  of Appeals and going has a contract States  of Appeals contract States  of Appeals and contract States of Appeals going anywhere. So the rules exist at melt points on all of the world. So the  exist at melt points on all of the world. So the rules exist points on all  world. So the rules